**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARIEAN SORENSON, | Case No.: 2:26-cv-00757-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| BUREAU OF LAND MANAGEMENT, et al., | |
| Defendants | |

Plaintiff Ariean Sorenson moves for a temporary restraining order to enjoin a wild horse gather being conducted by defendant Bureau of Land Management.  I deny Sorenson's request that I resolve the motion without notice to the defendants as she offers no reason why her request must be kept secret from them.  Sorenson must properly serve the defendants and the defendants must be afforded an opportunity to appear and oppose her motion.  I refer her to Federal Rule of Civil Procedure 4 on how to properly accomplish service.

IT IS SO ORDERED.

DATED this 19th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE