**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ARIEAN SORENSON,

    Plaintiff

v.

BUREAU OF LAND MANAGEMENT, et al.,

    Defendants

Case No.: 2:26-cv-00757-APG-MDC

**Order**

Plaintiff Ariean Sorenson moved for a temporary restraining order and preliminary injunction to enjoin a wild horse gather being conducted by defendant Bureau of Land Management.  I denied Sorenson's request that I resolve the motion without notice to the defendants as she offered no reason why her request must be kept secret from them. ECF No. 7. I thus directed Sorenson to properly serve the defendants so they have an opportunity to appear and oppose her motion. *Id.*  I referred her to Federal Rule of Civil Procedure 4 on how to properly accomplish service. *Id.*

Sorenson thereafter filed an amended complaint and additional motions for a temporary restraining order and preliminary injunction. ECF Nos. 8, 10, 11.  She again requests ex parte treatment because the "gather is imminent or underway, and any delay will result in irreparable harm through the permanent removal of wild horses and burros from their natural habitat." ECF No. 10 at 2.

In light of the new motions for injunctive relief, I deny the prior duplicative motions as moot.  But I again decline to resolve these motions without notice to the defendants and an opportunity for them to be heard.  Sorenson must serve the defendants, and I refer her to Federal

Rule of Civil Procedure 4 on how to properly serve the United States, its agencies, and its officers or employees sued in their official capacities.

I THEREFORE ORDER that plaintiff Ariean Sorenson's motions for temporary restraining order and preliminary injunction **(ECF Nos. 4, 5) are DENIED as moot**.

DATED this 27th day of March, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2