**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ARIEAN SORENSON,

Plaintiff

v.

BUREAU OF LAND MANAGEMENT, et al.,

Defendants

Case No.: 2:26-cv-00757-APG-MDC

**Order**

I previously dismissed with prejudice plaintiff Ariean Sorenson's claims under 18 U.S.C. § 201 and § 641, the Procurement Integrity Act, the Anti-Deficiency Act, and that the Bureau of Land Management failed to create a task force. ECF No. 16 at 11. I dismissed without prejudice Sorenson's claim under the Wild Free-Roaming Horses and Burros Act and gave Sorenson until July 30, 2026 to file a second amended complaint. *Id.* Sorenson did not file a second amended complaint. I therefore direct the clerk of court to enter judgment on the claims I dismissed with prejudice and to close the case.

I THEREFORE ORDER the clerk of court to enter judgment in favor of the defendants and against plaintiff Ariean Sorenson on claims under 18 U.S.C. § 201 and § 641, the Procurement Integrity Act, the Anti-Deficiency Act, and that the Bureau of Land Management failed to create a task force. Sorenson's claim under the Wild Free-Roaming Horses and Burros Act is dismissed without prejudice.

I FURTHER ORDER the clerk of court to close this case.

DATED this 3rd day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE